1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #114961
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3896
6  Facsimile:    (415) 554-3837
   E-Mail:       Meghan.Higgins@sfgov.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

FILED
08 JUL 14 PM 4:12
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH VICTOR LAGANA, | Case No. |
|---|---|
| Plaintiff, | CV 08 3392 |
| vs. | (State Superior Court Case No. CGC-08-475803) |
| SAN FRANCISCO POLICE DEPARTMENT, | **NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT ((Pursuant to 28 U.S.C. § 1441(b) (Federal Question))** |
| Defendant. | Attached Document (Exh. A): Complaint for General Negligence, Intentional Tort, First Amendment Violation and Assault, Frequent Threats and Stalking Towards Plaintiff |

TO:   CLERK OF THE ABOVE-ENTITLED COURT:

TO:   PLAINTIFF IN PRO PER:

   NOTICE IS HEREBY GIVEN that the City and County of San Francisco (erroneously named as San Francisco Police Department), named as defendant in the above-captioned action, No. CGC-08-475803 in the files and records of the Superior Court in and for the City and County of San

City and County of San Francisco's Notice of Removal    1    n:\lit\li2008\081487\00496499.doc

Francisco, hereby files in the United States District Court for the Northern District of California a Notice of Removal of said action to the said United States District Court, pursuant to 28 U.S.C. §§1441 and 1446, and is filing in said Superior Court a Notice of Removal.

Defendants, pursuant to 28 U.S.C. §§1441 and 1446, presents the following facts to the Judges of the United States District Court for the Northern District of California:

A civil action bearing the above-caption was commenced in the Superior Court of California, in and for the City and County of San Francisco, Action No. CGC-08-475803, on May 29, 2008, and is pending therein.

The Complaint in said pending action includes allegations brought under 42 U.S.C. § 1983 that the named defendant violated the civil rights of Plaintiff.

This action may properly be removed to this Court pursuant to 28 U.S.C. §1441, for the reason that Plaintiff's complaint alleges a violation of laws of the United States.

To the extent that Plaintiff's complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the complaint is hereto attached as Exhibit A. All other process, pleadings and other orders served upon Defendants in this action will be forwarded forthwith when they are retrieved from the Superior Court docket.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

Defendant will promptly file a Notice of this Removal with the Clerk of the Superior Court for San Francisco County and serve the Notice on all parties.

WHEREFORE, Defendant prays that the above action now pending in the Superior Court of the State of California in and for the City and County of San Francisco be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. §1441, *et. seq.*

Dated: July 14, 2008

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> MEGHAN K. HIGGINS
> Deputy City Attorneys
>
> By: /s/ Meghan K. Higgins
> MEGHAN K. HIGGINS
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOSEPH VICTOR LAGANA<br>5238 CARTWRIGHT AVE #B<br>N. HOLLYWOOD, CA 91601<br>TELEPHONE NO: 818-769-0300  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): josephvl@yahoo.com<br>ATTORNEY FOR (Name): Self / Joseph V. Lagana | SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN FRANCISCO<br>**FILED**<br>MAY 2 6 2008<br>GORDON PARK-LI, Clerk<br>BY _____ Deputy Clerk<br>CASE MANAGEMENT CONFERENCE SET<br>OCT 3 1 2008 - 9:00 AM<br>SUMMONS ISSUED<br>DEPARTMENT 212 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCCALISTER ST.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO 94102<br>BRANCH NAME: | |
| PLAINTIFF: JOSEPH VICTOR LAGANA<br>DEFENDANT: SAN FRANCISCO POLICE DEPARTMENT<br>☐ DOES 1 TO _____ | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE    ☐ OTHER (specify):<br>☒ Property Damage    ☐ Wrongful Death<br>☒ Personal Injury    ☒ Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>CGC-08-475803 |

1. Plaintiff (name or names):

   alleges causes of action against defendant (name or names):
   SAN FRANCISCO POLICE DEPARTMENT
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: | | PLD-PI-001 |
|---|---|---|
| | CASE NUMBER: | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 2 of 3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☒ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify)*: First Amendment violation and assault, Frequent threats and stalking towards plaintiff.

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify)*: Emotional distress.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☒ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☐ according to proof
       (2) ☒ in the amount of: $ 250,000,000

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 5/29/08

Joseph V. Lagona
(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property Damage, Wrongful Death    Page 3 of 3

# PROOF OF SERVICE

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 14, 2008, I served the following document(s):

**NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT**
**((Pursuant to 28 U.S.C. § 1441(b)**
**(Federal Question))**

on the following persons at the locations specified:

Joseph Victor Lagana, In Pro Per
5238 Cartwright Avenue, #8
No. Hollywood, CA 91601

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 14, 2008, at San Francisco, California.

_____
ANNA BURCIAGA

City and County of San Francisco's Notice of Removal    4    n:\lit\li2008\081487\00496499.doc