1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3800
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12 | JOSEPH VICTOR LAGANA,                  | Case No. C 08-03392 CW

13 |           Plaintiff,                   | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF REASSIGNMENT OF ATTORNEY AND NOTICE OF SERVICE OF FEDERAL COURT CASE MANAGEMENT ORDER AND OTHER MATERIALS**
14 |    vs.                                 |
15 | SAN FRANCISCO POLICE DEPARTMENT,       |
16 |           Defendant.                   | Date Action Filed:  May 29, 2008

17

18

19
   TO:   PLAINTIFF JOSEPH VICTOR LAGANA (IN PRO PER)
20
         **PLEASE TAKE NOTICE** that this case has been reassigned to Deputy City Attorney
21
   ANDREW GSCHWIND as counsel of record for Defendant City and County of San Francisco
22
   (erroneously named as San Francisco Police Department).  All pleadings and communications
23
   heretofore addressed to Deputy City Attorney MEGHAN HIGGINS should hereafter be addressed to:
24
              **ANDREW M. GSCHWIND**
25            **Deputy City Attorney**
              **San Francisco City Attorney's Office**
26            **1390 Market Street, 6th Floor**
              **San Francisco, CA  94102-5408**
27            **Telephone:  (415) 554-3800**
              **Facsimile:   (415) 554-3837**
28

NOTICE OF REASSIGNMENT & SERVICE OF FED.         1         n:\lit\li2008\081487\00497008.doc
CT. PAPERS       Case No. C 08-03392 CW

1  Please also note that defendant City and County of San Francisco hereby serves the following
2  materials on you:
3  - Order Setting Initial Case Management Conference and ADR Deadlines;
4  - Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
5  - Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California
6    (pamphlet); and
7  - ECF Registration Information Handout.

Dated: July 16, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ANDREW GSCHWIND
Deputy City Attorney


By:_____/s/_____
    ANDREW GSCHWIND

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

NOTICE OF REASSIGNMENT & SERVICE OF FED.           2           n:\lit\li2008\081487\00497008.doc
CT. PAPERS        Case No. C 08-03392 CW

**PROOF OF SERVICE**

I, SHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 16, 2008, I served the following document(s):

NOTICE TO SERVICE OF FEDERAL COURT ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, MAGISTRATE JUDGE INFORMATION AND ECF REGISTRATION INFORMATION HANDOUT

on the following persons at the locations specified:

Joseph Victor Lagana
5238 Cartwright Avenue, #8
No. Hollywood, CA 91601

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 16, 2008, at San Francisco, California.

                                    */s/ Shade Adesanwo*
                                    SHADE ADESANWO