JOSEPH VICTOR LAGANA
5622 Strohm Ave
N. HOLLYWOOD, CA 91601



FILED
JUL 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH VICTOR
  LAGANA
  Plaintiff

vs.

SAN FRANCISCO
POLICE DEPARTMENT
& CCSF
~~Respondent~~ / DEFENDANT

Case No:
4:08-cv-03392-CW

Document Name:
Request for Jury Trial
by Plaintiff

1. Plaintiff demands jury trial and moves this
2. honorable court to provide a jury trial
3. immediately
4. Jury trial demanded by plaintiff for non-biased
5. trial

7/22/08       Joseph Victor Lagana
              Plaintiff