JOSEPH VICTOR LAGANA
5622 STROHM AVE
N. HOLLYWOOD, CA 91601
josephvl@yahoo.com



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| JOSEPH VICTOR LAGANA ) <br> **Plaintiff / Petitioner** ) <br> ) <br> Vs. ) <br> ) <br> SAN FRANCISCO POLICE ) <br> DEPARTMENT & CITY AND ) <br> COUNTY OF SAN FRANCISCO ) <br> **Defendant / Respondent** ) | Case No. 4:08-cv-03392-CW <br><br> **Plaintiff's in opposition <br> to defendant's motion and <br> "Motion to Dismiss"** |

**Plaintiff's Opposition to The Defendant's "Motion to Dismiss"**

1  I am the plaintiff in this action, and I respectfully submit this affidavit/affirmation in

2  opposition to the defendant's motion to dismiss dated July 21, 2008 made by

3  the defense's counsel Andrew Gschwind.

4  I have personal knowledge of facts which bear on the defendant's "Motion to Dismiss".

5  The defendant's "Motion to Dismiss" should be denied because the plaintiff holds the burden of proof,

6  multiple pieces of evidence, and a multitude of witnesses are at the plaintiff's disposal.

7  Defendant does not plead and does not show a meritorious defense to the main action other than a

8  demurr or motion to dismiss.

10  Plaintiff has amended his complaint in full detail and will file the amended complaint in 10 days.

11  In view of the foregoing, it is respectfully submitted that the defendant's motion and

12  "motion to dismiss" be denied.    Dated 8/7/08    *[signature: Joseph Victor Lagana]*

Under penalty of perjury, I declare the above is true and correct.
Signed Joseph Victor Lagana

JOSEPH VICTOR LAGANA (Plaintiff)
5622 Strohm Ave
N. Hollywood, CA 91601

Subsequent Filings
Includes Amended complaint, Motions, and Forma Pauperis

Attn: Docket Clerk or General Clerk

RE: Case No: 4:08-CV-03392-CW
"J. LAGANA vs. SFPD & C.C.S.F."
Honorable "Claudia Wilken" presiding judge

United States District Court
Northern District of California
Clerk's Office

RECEIVED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

INSPECTED BY
AUG 14 2008
U.S. MARSHALS SERVICE

RECEIVED
2008 AUG 14  PM 4:53
RICHARD WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA