JOSEPH VICTOR LAGANA
5622 STROHM AVE
N. HOLLYWOOD, CA 91601
josephvl@yahoo.com

**FILED**
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| JOSEPH VICTOR LAGANA )<br>  **Plaintiff / Petitioner** )<br> )<br> )<br>Vs. )<br> )<br> )<br>SAN FRANCISCO POLICE )<br>DEPARTMENT & CITY AND )<br>COUNTY OF SAN FRANCISCO )<br>  **Defendant / Respondent** ) | Case No. 4:08-cv-03392-CW<br><br>**Plaintiff's motion for "Extension of Time" to respond to defendant's "Motion to Dismiss"** |

<u>**Plaintiff's motion for "Extension of Time" to respond to "Motion to Dismiss"**</u>

1  I am the plaintiff in this action, and I respectfully submit this motion for extension of time

2  I was under the impression that I had E-file abilities and have been waiting for my account to be

3  approved.  Upon later discovery, I found that I need to get an order from the judge specifically for me

4  because of my "pro se" status.  I also had been trying my hardest to make it to Oakland to file my

5  opposition to the "Motion to Dismiss" . I plan on refilling my case if this case is dismissed.

6  The defendant has been exploiting my "pro se" status to the extreme and has been abusing due

7  process and "law and motion".

8  My extension of time should be granted because I have my opposition to the defendant's "motion to

9  dismiss" prepared and plan on filing immediately following the filing of this motion.

Dated 8/7/08

*Joseph Victor Lagana*

Under penalty of perjury, I declare the above is true and correct.
Signed Joseph Victor Lagana