Clear Form

**FILED**

AUG 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH VICTOR LAGANA
          Plaintiff,

vs.

SAN FRANCISCO POLICE DEPARTMENT & CCSF
          Defendant.

CASE NO. 4:08-cv-03392-CW

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, JOSEPH VICTOR LAGANA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | *Last place of employment was Little Caesars Pizza Co.*
3 | *dated November 2007. I made roughly $650*
4 | *per month as a part-time employee. Rehired June,*
  | *later fired.*
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |         a.      Business, Profession or              Yes ___ No ✗
8 |                 self employment?
9 |         b.      Income from stocks, bonds,           Yes ___ No ✗
10 |                or royalties?
11 |        c.      Rent payments?                       Yes ___ No ✗
12 |        d.      Pensions, annuities, or              Yes ___ No ✗
13 |                life insurance payments?
14 |        e.      Federal or State welfare payments,   Yes ✗ No ___
15 |                Social Security or other govern-
16 |                ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | *Welfare, $220 a month cash aid, $120 food*
20 | *stamps, monthly for the past 6 months.*
21 | 3.   Are you married?                               Yes ___ No ✗
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____  Net $_____
26 | 4.      a.      List amount you contribute to your spouse's support:$ _____
27 |         b.      List the persons other than your spouse who are dependent upon you for support
28 |                 and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes _X_ No ___ Amount: $ 50.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ 400.00         Utilities: 0

Food: $ 180.00         Clothing: $50.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Self Sallie Mae (Lender) | $ 50.00 | $ 2,000 |
| Sherry Laguna Sallie Mae (Lender) | $ 50.00 | $ 22,000.00 |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Multiple medical bills, unsure total amount, near $15,000.00

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ☒  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CGC-08-475803  State of California Superior Court County of San Francisco

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____                    *Joseph V. Lagana*
DATE                            SIGNATURE OF APPLICANT

- 4 -