**RECEIVED**

AUG 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSEPH VICTOR LAGANA
5622 STROHM AVE
N. HOLLYWOOD, CA 91601
josephvl@yahoo.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| JOSEPH VICTOR LAGANA <br> **Plaintiff / Petitioner** | Case No. 4:08-cv-03392-CW |
| Vs. | **Second Amended Complaint** |
| SAN FRANCISCO POLICE DEPARTMENT & CITY AND COUNTY OF SAN FRANCISCO <br> **Defendant / Respondent** | Original complaint filed in Superior Court May 29, 2008 |

### Plaintiff's Second Amended Complaint and Causes of Action

1  Plaintiff Joseph Victor Lagana hereby complains of defendants "San Francisco Police
2  Department and "City and County of San Francisco" and alleges as follows.
3  Plaintiff Joseph Victor Lagana is an individual and a resident of Los Angeles County
4  Defendant "San Francisco Police Department is a law enforcement agency
5  Defendant "City and County of San Francisco is a municipality
6  Some of the true names of the defendant's agents are unknown at this time and
7  plaintiff will amend his complaint if needed accordingly
8  At all relevant times said defendants were acting within the course and scope of their
9  employment as officers, sergeants, captains, and / or civilian employees policy makers
   and representatives of the City of San Francisco and the wrongful acts hereinafter
10 described flow from their exercise of their authority.
11 At all times relevant, defendant "San Francisco Police Department" were acting under
12 color of law , to wit, under the color of the statues, ordinances, regulations, policies,
13 customs, practices, and usages of defendant "City and County of San Francisco" and the
14 State of California.
15 Plaintiff has complied with all notice requirements including timely presenting a claim
16 for damages against the "City and County of San Francisco" which was later denied by
17 defendant "City and County of San Francisco"

Complaint

Joseph Victor Lagana vs. S.F.P.D. & C.C.S.F.
Case No. 4:08-CV-03392-CW

General Factual Background,

## Causes of Action – Intentional Tort, Fraud, and General Negligence

### I. Intentional Tort

18  Plaintiff Joseph Lagana was protesting in-front of "Ross Stores" location on 4th & Market
19  St. in San Francisco, CA on or around May 15th 2008. S.F.P.D. officer "L. Cueba"
20  grabbed the plaintiff by his sweater with full force and told the plaintiff to leave the area
21  of 4th and Market St. and cease his protesting of Pleasanton Police Department. Plaintiff
22  stated that he is on a public sidewalk and he has a right to protest which is protected by
23  the 1st Amendment of the U.S. Constitution and asked officer "L. Cueba" to let go of him
24  and his sweater. Officer "L. Cueba" stated "I am a cop!" and refused to let go. Plaintiff
25  stated he would defend himself regardless, and that officer "L. Cueba" had committed
26  assault against him. According to C.P.C. 240., "An assault is an unlawful attempt,
27  coupled with a present ability, to commit a violent injury on the person of another." This
28  was a joint effort of "Ross Stores" and S.F.P.D., and upon discovery "Ross Stores" may
29  become an added defendant. Plaintiff Joseph Victor Lagana protested at this location on
30  other dates and was harassed by the defendant's agents, and the most remarkable is the
31  day officer "L. Cueba" assaulted the plaintiff and violated his 1st Amendment right. The
32  plaintiff's right to protest was violated and has taken action according to USC **Section**
33  **1983. Civil action for deprivation of rights.**
34  Plaintiff has also been frequently threatened, harassed, and stalked by unknown S.F.P.D.
35  officers Plaintiff plans on filing a Pitchess motion in order to find out who these officers
36  were. Plaintiff was falsely arrested on 4 occasions by the S.F.P.D. and plaintiff alleges
37  that their action was in retaliation to plaintiff filing a lawsuit against the S.F.P.D. because
38  all arrests occurred after the filing of the original complaint in the San Francisco Superior
39  Court (their case no. CGC-08-475803).
40  Plaintiff needs to commit discovery to get more details, however officers "Toomey and
41  Reyes" were arresting officers in one occasion and on the scene in almost every occasion
42  of the plaintiff's arrests
43  According to CPC 146. "Every public officer, or person pretending to be a public
44  officer, who, under the pretense or color of any process or other legal authority, does any
45  of the following, without a regular process or other lawful authority, is guilty of a
46  misdemeanor:
47  (a) Arrests any person or detains that person against his or her will.
48  (b) Seizes or levies upon any property."
49  The plaintiff was inconvenienced, lost his job, missed 2 flights, and still has property yet
50  to be returned by the S.F.P.D., including 26 photographs that are evidence in this case.
51  At time of the third arrest of Joseph Victor Lagana, plaintiff alleges that S.F.P.D. officer
52  "L. Bertrand" Star number 414, falsely arrested, assaulted, battered, and attempted
53  murder on the plaintiff by means of asphyxiation while acting as an agent / officer of
54  "San Francisco Police Department".
55  On or around July 14th 2008, plaintiff was falsely arrested for yelling, "Fuck the police!".
56  Officer Morgado from Southern Station in San Francisco, along with his partner stated,
57  "If you yell, "Fuck the police, you go to jail." This is clearly a first amendment violation.

Page 2 of 5

*Complaint*

## I. Intentional Tort cont

*Joseph Victor Lagana*
*vs. S.F.P.D.*
*Case No. 4:08-CV-03392-CW*

58 Plaintiff did not give the arresting officers consent to search his property. They searched
59 his property anyway. Upon discovery of the plaintiff's digital camera, Officer Morgado's
60 partner deleted all photos and videos of the plaijntiff's contact and recorded harassment
61 from/by S.F.P.D. officers. This is destruction of evidence, a federal crime. Plaintiff was
62 detained for 16 hours for allegedly being drunk in public. Plaintiff was not drunk.
63 Sheriffs of County Jail #8 let out stumbling drunks hours before the plaintiff whom asked
64 for a breathalyzer test, blood test or sobriety test from both the arresting officers and the
65 sheriff's of San Francisco and was refused accordingly.
66 Plaintiff has suffered emotional distress, a mass amount of medical bills, deprivation of
67 liberty, and misery as a direct result of the defendant's malicious retaliation to the
68 plaintiff filing a lawsuit against the defendant.
69 Plaintiff prays for the relief sought in this action for wage loss, loss of use of property,
70 hospital and medical expenses, general damages, property damages, loss of earning
71 capacity, and emotional distress and incompetence in the work force caused by the
72 defendants.

## II. Cause Of Action - Fraud

73 Defendant made representations of material fact which was intentional misrepresentation.
74 Defendant made false police reports stating that plaintiff was intoxicated on 3 occasions.
75 Defendant made a false report stating that the plaintiff committed violations of California
76 Penal Codes 245 (Assault w/ a deadly weapon), 242 (battery), and terrorist threats (unk.
77 Penal Code), which are felonies and a misdemeanor.
78 These representations were in fact false, the truth was as follows: Plaintiff was never
79 intoxicated every time the defendant charged the plaintiff with public intoxication. The
80 plaintiff was the victim when the defendant arrested him the third occasion, and failed to
81 arrest the plaintiff's assailant nor write a report against/not in favor of the assailant. The
82 district attorney of San Francisco rejected every case the S.F.P.D. brought against the
83 plaintiff due to lack of evidence and the interest of justice. When defendant made the
84 representations with the intent to defraud and induce plaintiff to act as described in the
85 above lines. At the time plaintiff acted, plaintiff did not know the representations
86 were false and believed they were true. Plaintiff acted in justifiable reliance upon the
87 truth of the representations. Defendant concealed and suppressed material facts as
88 follows: Defendant failed to provide a sobriety test, blood test, or Breathalyzer test.
89 Defendant failed to arrest the other party (true assailant) involved in the case plaintiff was
90 charged with. By telling plaintiff other facts to mislead plaintiff and prevent plaintiff
91 from discovering the concealed. Defendant made a promise about a material matter
92 without any intention of performing it as follows:
93 S.F.P.D. officers have threatened to arrest the plaintiff or stated, "Do you want to go to
94 jail?" on multiple occasions for him protesting about the S.F.P.D. They never followed
95 through and this is a scare tactic to silence the plaintiff.
96 Defendant's promise without any intention of performance was made with the intent to
97 defraud and induce plaintiff to rely upon it and to act as described in the above lines. At
98 the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the
99 promise. Plaintiff acted in justifiable reliance upon the promise.
100 The relief sought in this complaint is within the jurisdiction of this court because this was
101 a simple matter and it gained Federal court jurisdiction because the defendant has acted in

Case 4:08-cv-03392-CW    Document 11    Filed 08/14/2008    Page 4 of 6

Joseph Victor Agoawa vs. SFPD
C.C.S.F
Case No. 4:08-cv-03392-CW

Complaint

## II. Cause of Action - Fraud cont.

102 a malicious manner after filing and caused serious injury to the plaintiff to cause him to
103 make errors in his subsequent filings. Plaintiff prays for compensatory damages, punitive
104 damages, exemplary damages, in the amount of $308,000,000 and injunctive relief in the
105 form of forcing the defendant "City and County of San Francisco" to install cameras and
106 audio recording devices in all law enforcement vehicles in the City and County of San
107 Francisco in order to deter future abuse of detainees while in custody.

Complaint

JOSEPH VICTOR LAGANA vs S.F.P.D&C.C.S.F.
Case No. 4:08-CV-03392-CW

### III. Cause of Action - General Negligence

1. S.F.P.D. neglected to arrest the "Ross Stores" manager/employee that assaulted the
2. plaintiff with a lit cigarette butt directly in-front of an S.F.P.D. officer.
3. Plaintiff has obtained a picture of the employee and positively ID' the assailant.
4. According to CPC 142. (a) Any peace officer who has the authority to receive or arrest a
5. person charged with a criminal offense and willfully refuses to receive or arrest that
6. person shall be punished by a fine not exceeding ten thousand dollars ($10,000), or by
7. imprisonment in the state prison, or in a county jail not exceeding one year, or both that
8. fine and imprisonment.
9. On the third occasion plaintiff was arrested by the defendant S.F.P.D., his property was
10. left in the streets and not retrieved by the S.F.P.D. whom neglected his property to be
11. looted by locals.
12. S.F.P.D. neglected to respect the plaintiff's constitutional rights on multiple occasions.
13. All government law enforcement take an oath to protect, respect, and uphold the U.S.
14. Constitution, and regardless if it costs them a potential case. S.F.P.D. has nelected to
15. suspend or arrest Officers "Toomey", "Reyes", and L. Bertrand" although they
16. frequently violate the civil and constitutional rights of the plaintiff and harrass him.
17. Officer "L. Bertraind" (Star number 414) indefinitely should have been arrested for his
18. malicious and oppressive actions against the plaintiff while on duty for the S.F.P.D. The
19. S.F.P.D., the District Attorney's Office of San Francisco, and the Office of Citizen
20. Complaints have failed to take any action against Officer "L. Bertrand". On or around
21. July 17th 2008, Officer "L. Bertrand" detained the plaintiff for almost 30 minutes for
22. protesting about the S.F.P.D> in Union Square on 4th and Markets Streets of San
23. Francsico, CA and searched and seized the plaintiff's property without the plaintiff's
24. consent. Clearly a 4th Amendment right violation by the defendant while a case was
25. pending in Superior Court of San Francisco. Defendant is in contempt of court for
26. detaining the plaintiff while returning home from court.

*Joseph Victor Lagana*

Under perjury the forgeoing is true
and correct

Signed & Dated by Plaintiff 8/12/08
Joseph Victor Lagana

§ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

Original Amended Complaint 2

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
JOSEPH VICTOR LAGANA

### DEFENDANTS
"SAN FRANCISCO POLICE DEPARTMENT" &
"CITY AND COUNTY OF SAN FRANCISCO"

**(b)** County of Residence of First Listed Plaintiff  LOS ANGELES
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    SAN FRANCISCO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

5622 STROHM AVE
NORTH HOLLYWOOD, CA 91601
818-769-0300
josephvl@yahoo.com   Pro Se

Attorneys (If Known)

ANDREW GSCHWIND, STATE BAR #231700
CITY ATTORNEY'S OFFICE - FOX PLAZA
1390 MARKET ST. 6TH FLOOR SAN FRANCISCO, CA 94102-5408

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act |  | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation |  | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
US STATE CODE TITLE 42 SECTION 1983, Civil action for deprivation of rights
Brief description of cause:
1st, 4th, 5th, 6th, and 14th Amendment rights protected by the Constitution have been violated by the defendant many times

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ 308,000,000     CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". Superior Court County of San Francisco CGC-08-475803

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)     ☒ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE                                        SIGNATURE OF ATTORNEY OF RECORD