1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6ᵗʰ Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3800
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9  JOSEPH LAGANA
   5622 Strohm Ave.
10 N. Hollywood, CA  91601
   Telephone: (415) 648-1997
11
   PLAINTIFF IN PRO PER
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 | JOSEPH LAGANA,                        | Case No. C 08-03392 |
16 |                 Plaintiff,            | **STIPULATION AND** [PROPOSED] |
17 |        vs.                            | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
18 | SAN FRANCISCO POLICE DEPT. & CCSF,    |
19 |                 Defendants.           |
20

21

22      WHEREBY Plaintiff Joseph Lagana ("plaintiff") has recently filed a Third Amended

23 Complaint against defendant City and County of San Francisco (the "City");[1] and

24      WHEREAS the City's time to respond to plaintiff's Third Amended Complaint is presently

25 set for October 27, 2008, and the City anticipates filing a motion to dismiss this amended complaint;

26 ────────────────

27      [1] Named defendant San Francisco Police Department is a City departments with no
   independent legal existence.

28

c:\documents and
settings\agschwin\desktop\amg\work\lagstip.doc

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the City that

2   the case management conference in this action should be continued until Tuesday, November 4,

3   2008 at 2 p.m.

4

5   Dated:  October 20, 2008

6                                                         DENNIS J. HERRERA
                                                          City Attorney
7                                                         JOANNE HOEPER
                                                          Chief Trial Deputy
8                                                         ANDREW M. GSCHWIND
                                                          Deputy City Attorney
9

10

11                                                 By:_____

12                                                       ANDREW M. GSCHWIND
                                                          Attorneys for Defendant
13                                                        City And County of San Francisco

14  Dated:  October 20, 2008

15

16

17                                                 By:_____

18                                                       JOSEPH LAGANA
                                                          Plaintiff in Pro Per
19    IT IS SO ORDERED.

20    THE CASE MANAGEMENT CONFERENCE IN THIS ACTION IS CONTINUED to

21  November 4, 2008 at 2 p.m.

22

23

24                                                 _____
                                                          The Hon. Claudia Wilken
25                                                        United States District Judge

26

27

28

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the City that

2   the case management conference in this action should be continued until Tuesday, November 4,

3   2008 at 2 p.m.

4

5   Dated: October 20, 2008

6                                          DENNIS J. HERRERA
                                           City Attorney
7                                          JOANNE HOEPER
                                           Chief Trial Deputy
8                                          ANDREW M. GSCHWIND
                                           Deputy City Attorney
9

10

11                                         By:_____
                                           ANDREW M. GSCHWIND
12                                         Attorneys for Defendant
                                             City And County of San Francisco
13

14   Dated: October 20, 2008

15

16

17                                         By:_____
                                           JOSEPH LAGANA
18                                         Plaintiff in Pro Per

19    IT IS SO ORDERED.

20    THE CASE MANAGEMENT CONFERENCE IN THIS ACTION IS CONTINUED to

21   November 4, 2008 at 2 p.m.

22

23   10/20/08                            _____

24                                         The Hon. Claudia Wilken
                                           United States District Judge
25

26

27

28

STIP. AND [PROPOSED] ORDER CONTINUING CMC          2          c:\documents and settings\karla\desktop\lagstip.doc

**PROOF OF SERVICE**

I, Folashade Adesanwo, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 20, 2008, I served the attached:

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Joseph Lagana
5622 Strohm Ave.
N. Hollywood, CA 91601
Telephone: (415) 648-1997

Plaintiff (In Pro Per)

and served the named document in the manner indicated below:

☒ **BY MAIL:** I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE:** I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 20, 2008, at San Francisco, California.

Folashade Adesanwo

GSCHWIND DECL. RE: STIP. [PROPOSED ORDER]
Case No.: 08-CV-01003 MEJ

3