IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH V. LAGANA, | No. 08-3392 CW |
| Plaintiff, | ORDER REGARDING REQUEST TO E-FILE |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff has requested that he be allowed to participate in Electronic Court Filing (ECF). Plaintiff shall file within two weeks of this Order a declaration stating that he has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that he is able to comply with all the requirements for e-filing. Failure to file the declaration will result in denial of the request.

IT IS SO ORDERED.

Dated  1/29/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH,

        Plaintiff,

v.

LAGANA-V-SAN FRANCISCO POLICE DEPT
et al,

        Defendant.
        /

Case Number: CV08-03392 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Victor Lagana
3064 East 15th St.
Oakland, CA 94601

Dated: January 29, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2