IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH V. LAGANA,

       Plaintiff,

   v.

SAN FRANCISCO POLICE DEPARTMENT,

       Defendant.

_____/

No. C 08-03392 CW

ORDER DENYING
REQUEST TO E-FILE

On January 27, 2009, the Plaintiff submitted a request to the Court to be allowed to participate in Electronic Court Filing (ECF).  On January 29, 2009, the Court issued an Order Regarding Request to E-File in which the Plaintiff was to submit to the Court within two weeks of the Order a declaration stating Plaintiff has reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that he is able to comply with all the requirements for e-filing. Failure to file the declaration would result in denial of the request.  Plaintiff has not filed a declaration.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's request to be allowed to participate in Electronic Court Filing is denied.

Dated: 2/25/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH,

            Plaintiff,

  v.

LAGANA-V-SAN FRANCISCO POLICE DEPT
et al,

            Defendant.

_____/

Case Number: CV08-03392 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Victor Lagana
3064 East 15th St.
Oakland,  CA 94601

Dated: February 25, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

2