IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VICTOR LAGANA, | No. C 08-3392 CW |
|     Plaintiff, | ORDER TAKING SUMMARY JUDGMENT MOTION UNDER SUBMISSION |
|     v. | |
| SAN FRANCISCO POLICE DEPARTMENT, | |
|     Defendant. | |

Notice is hereby given that the Court, on its own motion, shall take Defendant's motion for summary judgment under submission on the papers. The hearing and case management conference previously scheduled for September 17, 2009 is vacated. The case management conference will be rescheduled to October 27, 2009.

    IT IS SO ORDERED

Dated: 09/15/09

                                CLAUDIA WILKEN
                                United States District Judge